RE SUSPENSION OF CREDENTIALS OF REGISTERED COURTROOM INTERPRETERS



 

 
 
 
 
 
 Skip to Main Content
 Accessibility Statement
 
 
 
 
 
 Help
 Contact Us
 
 
 
 
 e-payments
 Careers
 
 
 
 
 
 
 
 
 
 
 
 Home
 Courts
 Decisions
 Programs
 News
 Legal Research
 Court Records
 Quick Links
 
 
 
 
 
 OSCN Found Document:RE SUSPENSION OF CREDENTIALS OF REGISTERED COURTROOM INTERPRETERS

 

 
 



 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only
 
 
 

 
 RE SUSPENSION OF CREDENTIALS OF REGISTERED COURTROOM INTERPRETERS
2020 OK 15
Decided: 03/09/2020
IN THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2020 OK 15, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT OF OFFICIAL PUBLICATION. 

RE: Suspension of Credentials of Registered Courtroom Interpreters

ORDER

¶1 The Oklahoma Board of Examiners of Certified Courtroom Interpreters has recommended to the Supreme Court of the State of Oklahoma the suspension of the credential of the Oklahoma Registered Courtroom Interpreter listed on the attached Exhibit for failure to comply with the annual continuing education requirements for 2019 and/or certificate renewal requirements for 2020.

¶2 Pursuant to 20 O.S., Chapter 23, App. II, Rule 18(c), failure to satisfy the annual renewal requirements on or before February 15 shall result in administrative suspension on that date. Pursuant to 20 O.S., Chapter 23, App. II, Rule 20(e), failure to satisfy the continuing education reporting requirements on or before February 15 shall result in administrative suspension on that date.

¶3 IT IS THEREFORE ORDERED that the certificate of each of the interpreters named on the attached Exhibit is hereby suspended effective March 1, 2020.

¶4 DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 9th day of MARCH, 2020.

/S/CHIEF JUSTICE

ALL JUSTICES CONCUR.

Interpreter Exhibit

 
 
 
 Ana Arcivar
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Aymee Beiter
 
 
 Continuing Education
 
 
 
 
 Alejo Benito
 
 
 Continuing Education
 
 
 
 
 Mary Blendowski
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Edna Cervantes
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Esperanza Darling
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Elizabeth Esquivel
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Lourdes Felix-Curet
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Luis Licona
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Angelica Lopez-Drain
 
 
 Renewal Fee
 
 
 
 
 Linda Manuel-Reyes
 
 
 Renewal Penalty Fee
 
 
 
 
 Neryvete Reyes Munoz
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Sa Nguyen
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Consuelo Reynoso
 
 
 Continuing Education & Renewal Fee
 
 
 
 
 Cynthia Santiesteban
 
 
 Continuing Education & Renewal Fee
 
 
 
 
  
 
 
  
 
 
 
 
  
 
 
  
 
 
 

 





 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 








 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA